CO-386
New 10/8/86

# United States District Court
# For the District of Columbia

Electronic Privacy Information Center )
)
        Plaintiff )
)
    vs )    Civil Action No._____
)
Department of Justice )
)
        Defendant )
)
)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for ____Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____N/A_____which have any outstanding securities in the hands of the public:

___N/A_____

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

                                Attorney of Record

                                _____
                                Signature

484136_____    Marcia Hofmann_____
BAR IDENTIFICATION NO.                          Print Name

                                1718 Connecticut Ave. NW Suite 200
                                Address

                                Washington,   DC        20009
                                City            State         Zip Code

                                (202) 483-1140_____
                                Phone Number