# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY ) <br> INFORMATION CENTER ) <br> 1718 Connecticut Avenue, N.W. ) <br> Suite 200 ) <br> Washington, D.C. 20009 ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> DEPARTMENT OF JUSTICE ) <br> 950 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20530 ) <br> ) <br>     Defendant. ) <br> ) <br> _____) | Civil Action No.  06-0029 (CKK) |

## NOTICE OF APPEARANCE

  The Clerk of this Court will please enter the appearance of Assistant United States Attorney Claire Whitaker as counsel for the defendant in the above-captioned case.

                Respectfully submitted,

                _____
                CLAIRE WHITAKER, D.C. Bar #354530
                Assistant United States Attorney
                United States Attorney's Office
                Judiciary Center Building
                555 4th Street, N.W.
                Civil Division
                Washington, D.C. 20530
                (202) 514-7137