IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF JUSTICE,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0029 (CKK)<br>ECF |

**JOINT STATUS REPORT**

Pursuant to the Court's order of February 24, 2006, counsel for plaintiff and defendant hereby submit the following joint status report.

This action was brought by the Electronic Privacy Information Center ("EPIC") under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel two Department of Justice ("DOJ") components, the Office of the Attorney General ("Attorney General") and the Federal Bureau of Investigation ("FBI"), to produce records related to "matters of possible intelligence misconduct reported or considered for reporting" to the Intelligence Oversight Board. Compl. ¶ 7.

Since the filing of this lawsuit, defendant DOJ has notified plaintiff that the Attorney General has located no records responsive to plaintiff's FOIA request. Letter from Melanie Ann Pustay, Deputy Director, Office of Information and Privacy, DOJ, to Marcia Hofmann, Director, Open Government Project, EPIC (March 1, 2006), attached hereto as Exhibit 1.

On February 24, 2006, the FBI sent EPIC "the first in a series of interim responses" to its FOIA request. Letter from David M. Hardy, Section Chief, Record/Information Dissemination

Section, Records Management Division, FBI, to Marcia Hofmann, Director, Open Government Project, EPIC (Feb. 24, 2006), attached hereto as Exhibit 2. The Bureau told plaintiff that it had reviewed 238 pages of material responsive to EPIC's request, 209 of which were released in part to plaintiff. *Id*. at 1. Approximately 82 of these pages had already been released to plaintiff in prior litigation. *Id*. at 2. The FBI did not indicate when it expects to complete its processing of the remaining responsive material.

On February 24, 2006, the Court ordered the parties to submit a joint status report "setting forth a briefing schedule or otherwise indicating how they would like to proceed." Counsel for plaintiff and defendant have conferred about the course of further proceedings in this FOIA action and respectfully report as follows:

The parties have failed to reach an agreement as to the completion of processing of EPIC's FOIA request to the FBI. As part of the discussion, FBI informed plaintiff that there were approximately 5,000 pages of responsive material, and it would process 1,250 pages every 28 days, resulting in the anticipated completion of processing in four months. Plaintiff informed defendant that it does not find this processing schedule appropriate for an "expedited" request. Plaintiff will imminently file a motion to compel the expedited processing of this FOIA request, which will include a proposed schedule for filing of dispositive motions. Pursuant to LCvR 7(m), plaintiff has conferred with counsel for defendant concerning its position on this matter. Defendant DOJ has indicated that it will oppose this motion.

Respectfully submitted,

/s/_____
PETER D. KEISLER                    MARCIA HOFMANN
Assistant Attorney General          D.C. Bar No. 484136

2

| | |
|---|---|
| KENNETH L. WAINSTEIN<br>United States Attorney | DAVID L. SOBEL<br>D.C. Bar No. 360418 |
| ELIZABETH J. SHAPIRO<br>Assistant Branch Director | MARC ROTENBERG<br>D.C. Bar No. 422825 |
| /s/_____<br>MARCIA K. SOWLES<br>DC Bar No. 369455<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.  Room 7108<br>Washington, DC  20520<br>Tel:  (202) 514-4960<br>Fax:  (202) 616-8470<br>E-mail:  marcia.sowles@usdoj.gov<br><br>Counsel for Defendant | ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.  Suite 200<br>Washington, DC  20009<br>(202) 483-1140<br><br>Counsel for Plaintiff |