# EXHIBIT 1



U.S. Department of Justice

Office of Information and Privacy

*Telephone: (202) 514-3642*       *Washington, D.C. 20530*

Ms. Marcia Hofmann
Electronic Privacy Information Center
1718 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20009

MAR - 1 2006

Re: AG/06-R0129
      MAP:KDC:VRB

Dear Ms. Hofmann:

    This is in response to your Freedom of Information Act request dated November 14, 2005, and received in this Office on November 15, 2005, in which you requested reports of possible intelligence misconduct from the Intelligence Oversight Board to the Attorney General, as well as records concerning actions taken by the Attorney General in response to such reports, from September 2001 to the present. This response is made on behalf of the Office of the Attorney General.

    Records searches were conducted in the Office of the Attorney General and in the Departmental Executive Secretariat, which is the official records repository for the Office of the Attorney General, and no records responsive to your request were located.

    Although I am aware that your request is the subject of ongoing litigation and that appeals are not ordinarily acted on in such situations, I am required by statute and regulation to inform you that you have the right to file an administrative appeal.

Sincerely,

Melanie Ann Pustay
Deputy Director