# EXHIBIT 2

Case 1:06-cv-00029-CKK     Document 6-3     Filed 03/06/2006     Page 1 of 3



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MS MARCIA HOFMANN
SUITE 200
1718 CONNECTICUT AVUENE, NORTHWEST
WASHINGTON, DC 20009

February 24, 2006

Subject: INTELLIGENCE OVERSIGHT
BOARD/MISCONDUCT MATTERS 9/2001 TO PRESENT

FOIPA No.  1032952- 000

Dear Ms. Hofmann:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.  Deletions have been  made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision.  In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.  The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☒(b)(1) | ☒(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☒(b)(7)(C) | ☐(k)(1) |
| _____ | ☒(b)(7)(D) | ☐(k)(2) |
| _____ | ☒(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☒(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

**238 page(s)** were reviewed and 209  **page(s)** are being released.

☒  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA].  This information has been:

☒  referred to the OGA for review and direct response to you.

☐  referred to the OGA for consultation.  The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release.  Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C.  20530-0001 within sixty days from the date of this letter.  The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal."  Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosure(s)  2

This release is the first in a series of interim releases that will be made for this request. Included in this first release is IOB Matters I. This section of documents was previously processed and released to you in response to your March 29, 2005, FOIA request for information on the Patriot Act, assigned FBI FOIPA number 1017326. The IOB Matters I documents for this release have been processed exactly as they were processed and released for the Patriot Act request.

Please be advised that your request for a waiver of fees has been granted.

: