# EXHIBIT 4

ELECTRONIC PRIVACY INFORMATION CENTER

**epic.org**

November 14, 2005

BY FACSIMILE — (202) 616-9152

Deborah Waller, Paralegal Specialist
Office of the Inspector General
Department of Justice
Room 6100, NY Avenue Building
Washington, DC 20530-0001

1718 Connecticut Ave NW
Suite 200
Washington DC 20009
USA
+1 202 483 1140 [tel]
+1 202 483 1248 [fax]
www.epic.org

RE:   Freedom of Information Act Request and Request for
      Expedited Processing

Dear Ms. Waller:

This letter constitutes a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and Department of Justice regulation 28 C.F.R. § 16, and is submitted to the Office of the Inspector General on behalf of the Electronic Privacy Information Center ("EPIC").

We are seeking the following agency records (including but not limited to electronic records) from September 2001 to the present: all documents related to matters of possible intelligence misconduct reported or considered for reporting to the Intelligence Oversight Board ("IOB").

This request follows up on a prior EPIC request numbered FOIAPA No. 1017326-000 in the FBI's records. Pursuant to that request, EPIC received from the FBI a series of thirteen reports on intelligence matters considered by the FBI Office of the General Counsel, most of which were reported to the IOB. Pursuant to Executive Order 12863, inspectors general throughout the intelligence community are also required to report such matters to the IOB.

Request for Expedited Processing

We assert that this request clearly meet the standard for expedited processing under applicable Department of Justice ("DOJ") regulations because it involves a "matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 28 C.F.R. § 16.5(d)(1)(iv). Accordingly, we have submitted a request for expedited processing to the Office of Public Affairs pursuant to 28 C.F.R. § 16.5(d)(2), which is attached hereto.

Request for "News Media" Fee Status

EPIC is a non-profit, educational organization that routinely and systematically disseminates information to the public. This is accomplished through several means. First, EPIC maintains a heavily visited Web site (www.epic.org) that highlights the "latest news" concerning privacy and civil liberties issues. The site also features scanned images of documents EPIC obtains under the FOIA. Second, EPIC publishes a bi-weekly electronic newsletter that is distributed to over 15,000 readers, many of whom report on technology issues for major news outlets. The newsletter reports on relevant policy developments of a timely nature (hence the bi-weekly publication schedule). It has been published continuously since 1996, and an archive of past issues is available at our Web site. Finally, EPIC publishes and distributes printed books that address a broad range of privacy, civil liberties and technology issues. A list of EPIC publications is available at our Web site.

For the foregoing reasons, EPIC clearly fits the definition of "representative of the news media" contained in the FOIA and the DOJ regulations. Indeed, the U.S. District Court for the District of Columbia has held that EPIC is a "news media" requester under the FOIA. *See Electronic Privacy Information Center v. Department of Defense*, 241 F. Supp. 2d 5 (D.D.C. 2003). Based on our status as a "news media" requester, we are entitled to receive the requested records with only duplication fees assessed under 28 CFR § 16.11(c)(2). Further, because disclosure of this information will "contribute significantly to public understanding of the operations or activities of the government," as described above, any duplication fees should be waived.

Thank you for your consideration of this request. As applicable Department regulations provide, I will anticipate the DOJ's determination on our request for expedited processing within ten (10) calendar days. Should you have any questions about this request, please feel free to call me at 202-483-1140 ext. 112.

Under penalty of perjury, I hereby affirm that the foregoing is true and correct to the best of my knowledge.

Sincerely,

Marcia Hofmann
Director, Open Government Project

2