# EXHIBIT 7



**U. S. Department of Justice**

Office of the Inspector General

November 16, 2005

Marcia Hofmann
Director, Open Government Project
EPIC
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009

Subject: Freedom of Information/Privacy Act Request [06-OIG-29]

Dear Ms. Hofmann:

This responds to your request under the Freedom of Information Act for access to records maintained by the Office of the Inspector General (OIG). After a thorough search, please be advised that no responsive documents were located in the OIG.

Sincerely,

Adrienne Owens
Paralegal Assistant
Office of the General Counsel