# EXHIBIT 8



U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642        Washington, D.C. 20530

Ms. Marcia Hofmann  
Electronic Privacy Information Center  
1718 Connecticut Ave., N.W.  
Suite 200  
Washington, D.C. 20009

DEC - 1 2005

Re: AG/06-R0129  
    TSW:VRB

Dear Ms. Hofmann:

    This is to acknowledge receipt of your Freedom of Information Act request dated November 14, 2005, and received in this Office on November 15, 2005, in which you requested reports of possible intelligence misconduct from the Intelligence Oversight Board (IOB) to the Attorney General, as well as records concerning actions taken by the Attorney General in response to such reports, from September 2001 to the present. This response is made on behalf of the Office of the Attorney General.

    You have requested expedited processing of your request pursuant to the Department of Justice's standard permitting expedition for requests involving "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." 28 C.F.R. § 16.5(d)(1)(iv) (2005). Pursuant to Department policy, the Director of the Office of Public Affairs makes the decision whether to grant or deny expedited processing under this category. See id. § 16.5 (d)(2). The Director has determined based on the information you provided that your request for expedited processing should be granted. Please be advised that we have already initiated a records search in the Office of the Attorney General.

    We have not yet made a decision on your request for "news media" status and a waiver of duplication fees. We will do so after we determine whether fees will be assessed for this request.

    I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions regarding this matter, you may contact Vanessa Brinkmann, the analyst handling your request, by telephone at the above number or you may write to her at the above address.

Sincerely,

*Tricia S. Wellman*

Tricia S. Wellman  
Senior Counsel  
Initial Request Staff