# EXHIBIT 8



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                                     _Washington, D.C. 20530_

Ms. Marcia Hofmann                                            **DEC - 1 2005**
Electronic Privacy Information Center
1718 Connecticut Ave., N.W.
Suite 200                                          Re:  AG/06-R0129
Washington, D.C.  20009                                 TSW:VRB

Dear Ms. Hofmann:

        This is to acknowledge receipt of your Freedom of Information Act request dated
November 14, 2005, and received in this Office on November 15, 2005, in which you requested
reports of possible intelligence misconduct from the Intelligence Oversight Board (IOB) to the
Attorney General, as well as records concerning actions taken by the Attorney General in
response to such reports, from September 2001 to the present.  This response is made on behalf
of the Office of the Attorney General.

        You have requested expedited processing of your request pursuant to the Department of
Justice's standard permitting expedition for requests involving "[a] matter of widespread and
exceptional media interest in which there exist possible questions about the government's
integrity which affect public confidence."  28 C.F.R. § 16.5(d)(1)(iv) (2005).  Pursuant to
Department policy, the Director of the Office of Public Affairs makes the decision whether to
grant or deny expedited processing under this category.  See id. § 16.5 (d)(2).  The Director has
determined based on the information you provided that your request for expedited processing
should be granted.  Please be advised that we have already initiated a records search in the Office
of the Attorney General.

        We have not yet made a decision on your request for "news media" status and a waiver of
duplication fees.  We will do so after we determine whether fees will be assessed for this request.

        I regret the necessity of this delay, but I assure you that your request will be processed as
soon as possible.  If you have any questions regarding this matter, you may contact Vanessa
Brinkmann, the analyst handling your request, by telephone at the above number or you may
write to her at the above address.

                                        Sincerely,

                                        Tricia S. Wellman

                                        Tricia S. Wellman
                                        Senior Counsel
                                        Initial Request Staff