# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0029 (CKK) ) ECF |
| **DEPARTMENT OF JUSTICE,** | ) ) |
| Defendant. | ) ) ) |

## O R D E R

**UPON CONSIDERATION** of plaintiff's motion to compel expedited processing of plaintiff's Freedom of Information Act request, defendant's response, and the entire record, it is this ___ day of March, 2006:

**ORDERED** that plaintiff's motion is granted; and it is

**FURTHER ORDERED** that defendant DOJ shall complete the processing of plaintiff's November 14, 2005, Freedom of Information Act ("FOIA") request to the Federal Bureau of Investigation ("FBI"), and produce or identify all responsive records, within twenty (20) days of the date of this order; and it is

**FURTHER ORDERED** that defendant DOJ shall provide plaintiff with a document index and declaration, as specified in *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), stating defendant's justification for the withholding of any documents responsive to plaintiff's November 14, 2005 FOIA request to the FBI, within thirty (30) days of the date of this order; and it is

**FURTHER ORDERED** that defendant DOJ shall file a motion for summary judgment or other dispositive motion within thirty (30) days after it completes the processing of plaintiff's FOIA request.  Plaintiff shall file its response to defendant's motion within eleven (11) days thereafter.  Defendant shall file its reply within five (5) days thereafter, and plaintiff shall file its cross-reply, if any, within five (5) days thereafter.

_____                                  _____
Date                                                                  United States District Judge