IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF JUSTICE ) ) Defendant ) ) ) | Civ. A. No 06-CV-0029 |

# ATTACHMENT C



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

December 23, 2005

Ms. Marcia Hofmann
Suite 200
1718 Connecticut Avuene, NW
Washington, D.C. 20009

Dear Ms. Hofmann:

    This is to acknowledge receipt of your letter dated November 14, 2005, directed to the FBI and the U.S. Department of Justice (DOJ) Office of Public Affairs (OPA), in which you requested expedited processing of records from September 2001 to present pertaining to Intelligence Oversight Board/ Misconduct Matters, FOIPA No. 1032952 . This response is being made on behalf of the FBI and the DOJ OPA.

    You have requested expedited processing of your request under the DOJ standard permitting expedition for requests involving "a matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affect public confidence," 28 C.F. R. § 16.5 (d) (1) (iv). Pursuant to DOJ policy, we forwarded your request to the Director, Office of Public Affairs, who is responsible for making the decision whether to grant or deny expedited processing under this standard. See id § 16.5 (d) (2). The Director of Public Affairs has granted your request for expedited processing under this standard. In light of this decision, your request has been assigned to our fast track processing queue and is being reviewed. A release of all non-exempt information will be forthcoming.

                                        Sincerely,

                                        David M. Hardy
                                        Section Chief
                                        Record/Information
                                          Dissemination Section
                                        Records Management Division