IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION )
CENTER )
)
)
Plaintiff, )
)
v. ) Civ. A. No 06-CV-0029
)
DEPARTMENT OF JUSTICE )
)
Defendant )
)

# ATTACHMENT E.

~~SECRET~~

(01/26/1998)

~~SECRET~~

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                              **Date:** 09/24/2003

**To:** Counterterrorism        **Attn:** ITOS I/CONUS I
                                          SSA [redacted]

    Director's Office           **Attn:** Office of Professional
                                          Responsibility

    [redacted] Division         **Attn:** SAC                    b2
                                                                 b7E
**From:** General Counsel                                        b6
         National Security Affairs/Room 7975                     b7C
         **Contact:** [redacted]

**Approved By:** Kelley Patrick W.

**Drafted By:** [redacted] :kbr

**Case ID #:** (U)~~(S)~~ 278-HQ-C1229736-VIO

**Title:** (U)~~(S)~~ COUNTERTERRORISM DIVISION
           IOB 2003-[redacted]   b2

**Synopsis:** (S) [redacted b1]

(U) Derived from : G-3
    Declassify On: ~~X1~~

**Reference:** (U)~~(S)~~ 278-HQ-C1229736 Serial 145

**Administrative:** (U) This communication contains one or more footnotes. To read the footnotes, download and print the document in WordPerfect 8.

**Details:** (U) Referenced communication from the Inspection Division (INSD) to OGC, dated 07/11/2003, requested that OGC

~~SECRET~~

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

OIG/DOJ Review [signature]   DATE: 4/18/05
FBI INVEST. [initials]   OIG/DOJ INVEST.: _____
OPR UC INITIALS: _____

DATE: 01-27-2006
CLASSIFIED BY 65179dmh/baw  06-cv-0029
REASON: 1.4 (C)
DECLASSIFY ON: 01-27-2031

~~SECRET~~



~~SECRET~~

To: Counterterrorism   From: General Counsel
Re: (S) 278-HQ-C1229736-VIO, 09/24/2003
(U)

review the facts of the captioned matter and determine whether it warrants reporting to the IOB. In our opinion, it does. Our analysis follows.

(S) [redacted]

b1
b6
b7C

(U)  Section 2.4 of Executive Order (E.O.) 12863, dated 09/13/1993, mandates that Inspectors General and General Counsel of the Intelligence Community components (in the FBI, the Assistant Director, INSD, and the General Counsel, OGC, respectively) report to the IOB "concerning intelligence activities that they have reason to believe may be unlawful or contrary to Executive order or Presidential directive." This language was adopted verbatim from E.O. 12334, dated 12/04/1981,

(S) [redacted]

b1
b2
b7E

~~SECRET~~

2

SECRET

To: Counterterrorism   From: General Counsel
Re: (S) 278-HQ-C1229736-VIO, 09/24/2003
(U)

when the IOB was known as the President's Intelligence Oversight Board (PIOB). By longstanding agreement between the FBI and the IOB (and its predecessor, the PIOB), this language has been interpreted to mandate the reporting of any violation of a provision of the FCIG, or other guidelines or regulations approved by the Attorney General in accordance with E.O. 12333, dated 12/04/1981, if such provision was designed in full or in part to ensure the protection of the individual rights of U.S. persons. Violations of provisions that are essentially administrative in nature need not be reported to the IOB. The FBI is required, however, to maintain records of such administrative violations so that the Counsel to the IOB may review them upon request.

(S)



(S)

b1

(S)

SECRET

3

~~SECRET~~

To: Counterterrorism    From: General Counsel
Re: ~~(S)~~ 278-HQ-C1229736-VIO, 09/24/2003
(U)

[redacted] (S)

[redacted] (S)

[redacted] (S)

b1



SECRET

To: Counterterrorism  From: General Counsel
Re: (S) 278-HQ-C1229736-VIO, 09/24/2003
(U)

**Lead(s):**

**Set Lead 1:   (Action)**

<u>COUNTERTERRORISM DIVISION</u>

<u>AT WASHINGTON, DC</u>

(U) For action deemed appropriate.

**Set Lead 2:   (Action)**

<u>DIRECTOR'S OFFICE</u>

<u>AT OPR FO, DC</u>

(U) For action deemed appropriate.

**Set Lead 3:   (Action)**


b2
b7E

AT

(U) For action deemed appropriate.

1 - 
b6
b7C

SECRET

5

BY COURIER

DATE: 01-24-2006
CLASSIFIED BY 61579/DMH/edc  06-CV-0029
REASON: 1.4 (C)
DECLASSIFY ON: 01-24-2031

General Brent Scowcroft (USAF Retired)
Chairman
Intelligence Oversight Board
Room 5020
New Executive Office Building
725 17th Street, NW
Washington, D.C. 20503

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED EXCEPT
WHERE SHOWN OTHERWISE

Dear General Scowcroft:

    Enclosed for your information is a self-explanatory letterhead memorandum (LHM), entitled "Intelligence Oversight Board (IOB) Matter ▮▮▮▮ Division, 2003-▮▮▮"

b2
b7E

    This LHM sets forth details of investigative activity which the FBI has determined was conducted contrary to the Attorney General Guidelines for FBI Foreign Intelligence Collection and Foreign Counterintelligence Investigations and/or laws, Executive Orders, or Presidential Directives which govern FBI foreign counterintelligence and international terrorism investigations. This matter has also been referred to our Office of Professional Responsibility for a determination of whether any administrative action is warranted. (U)

Enclosure

1 - 278-HQ-C1229736-VIO
1 - Mr. Pistole
1 - ▮▮▮▮▮▮▮▮▮▮▮▮      b6
1 - ▮▮▮▮▮▮▮▮▮▮▮▮      b7C
1 - OPR

UNCLASSIFIED WHEN
DETACHED FROM
CLASSIFIED ENCLOSURE

    Should you or any member of your staff require additional information concerning this matter, an oral briefing will be arranged for you at your convenience. (U)

Sincerely,

---

Case ID : 278-HQ-C1229736-VIO                    Serial : 180

SECRET

Patrick W. Kelley
Deputy General Counsel

INTELLIGENCE OVERSIGHT BOARD (IOB) MATTER  b2
[redacted] DIVISION  b7E
FEDERAL BUREAU OF INVESTIGATION HEADQUARTERS (FBIHQ)(U)
2003-[redacted] b2

[redacted] b1 b2 b7E (S)

A copy of this submission to the IOB has been provided to the FBI's Executive Assistant Director for Counterterrorism/Counterintelligence and to the Office of Professional Responsibility for action as deemed appropriate. (U)

~~Derived from : G-3~~ (U)
~~SECRET~~

SECRET
---- Working Copy ----

Page    1

Precedence: ROUTINE                              Date: 03/24/2005

To: Counterterrorism      Attn: AD
    Inspection                  ITS
                                SAC, CDC

From: General Counsel
      National Security Law Branch                    b2
      Contact:                                        b6
                                                      b7C
Approved By: Thomas Julie F                           b7E

Drafted By:

Case ID #: (S) 278-HQ-1411826

Title: (S) SPECIAL AGENT
                              DIVISION
       POSSIBLE INTELLIGENCE OVERSIGHT BOARD MATTER
       IOB MATTER 2004           b2

Synopsis: (S) It is the opinion of the Office of the General
Counsel (OGC) that this matter need not be reported to the
Intelligence Oversight Board (IOB), but, rather, that a record of this
decision should be maintained by the Inspection Division for review by
the Counsel to the IOB.

(S)  Derived From : G-3
     Declassify On: X25-1                              b6
                                                       b7C
Reference: (S) Letter from SA         to Inspection, 11/06/2003
               Letter to SA           from Inspection, 12/16/2003

                                        DECLASSIFIED BY 65179dmh/lm-06-cv-0029
                                        ON 01-24-2006

Administrative: (U) This communication contains one or more

------------------------------------------------------------
Case ID : 278-HQ-1411826        Serial : 5
          MP 278-D                       49
                                         SECRET

[handwritten note: "Handle + forward to AD's, K @ SLB Julie"]

footnotes. To read the footnotes, download and print the document in WordPerfect 8.0.

Details: (U) A letter was sent by the FBI [____] Division [____] to the Inspection Division, on 11/06/2003, reporting a possible IOB violation, based on language contained in FBI Intelligence Bulletin no. 89, dated 11/15/2003.11 The Intelligence Bulletin was entitled Tactics Used During Protests and Demonstrations and was designed to alert law enforcement to mass marches and rallies against the occupation in Iraq that were scheduled to take place in the cities of Washington, D.C., and San Francisco, California, on 11/25/2003. [____]

b2
b5
b7E

(U) Section 2.4 of Executive Order (E.O.) 12863, dated 09/13/1993, mandates that Inspectors General and General Counsel of the Intelligence Community components (in the FBI, the Assistant Director, INSD, and the General Counsel, OGC, respectively) report to the IOB concerning intelligence activities that they have reason to believe may be unlawful or contrary to Executive order or Presidential directive. This language was adopted verbatim from E.O. 12334, dated 12/04/1981, when the IOB was known as the President's Intelligence Oversight Board (PIOB). By longstanding agreement between the FBI and the IOB (and its predecessor, the PIOB), this language has been interpreted to mandate the reporting of any violation of a provision of the foreign counterintelligence guidelines or other guidelines or regulations approved by the Attorney General, in accordance with E.O. 12333, dated 12/04/1981, if such provision was designed in full or in part to ensure the protection of the individual rights of a U.S. person. Suspected violations of the Constitution fall within the category of matters deemed reportable to the IOB.

(U) The Inspection Division referred the [____] memorandum

b2
b7E

SECRET

to the Office of the General Counsel (OGC) for review.13   In a letter [redacted] b2 b5 b7E

(U) The National Security Law Branch concurs that the language employed in the Intelligence Bulletin does not rise to the level of a constitutional violation and, therefore, there is no violation to report to the IOB.

(LES) The stated purpose of the FBI Intelligence Bulletin is to "provide law enforcement with current, relevant, terrorism information developed from counterterrorism investigations and analysis."15 Bulletin no. 89 specifically stated that the FBI possessed "no information indicating that violent or terrorist activities" were being planned as part of the protests against the Iraqi occupation, although the possibility existed, the Bulletin stated, that "elements of the activist community" could attempt to "engage in violent, destructive, or disruptive acts."16 The remainder of the Bulletin listed tactics that had been observed by U.S. and foreign law enforcement agencies while responding to criminal activities conducted during protests and demonstrations, including defensive techniques.17 Law enforcement agencies were instructed to be alert and to report any potential illegal acts to the nearest FBI Joint Terrorism Task Force.

(U) As it relates to the matter under consideration, the First Amendment to the Constitution prohibits restrictions on the free exercise of speech and the right of the people to assemble peacefully. We note that the guidelines governing FBI investigations specifically prohibit the authorization of investigations or the collection of information solely for the purpose of monitoring activities protected by the First Amendment.18 OGC routinely provides training to FBI elements on First Amendment Rights, and has appointed within the Division a specific point-of-contact for all FBI personnel on First Amendment issues.19

(U) As stated above, [redacted] The Bulletin stated that there was a

b2
b5
b7E

SECRET

possibility that certain protesters could engage in certain violent, destructive, or disruptive acts, and then listed the tactics that law enforcement agencies had observed in prior protests (including the International Monetary Fund and World Bank protests which had been violent in that time period), as a way of alerting law enforcement that enhanced security may have been an item for consideration. OGC suggests that a general readership can always interpret information disseminated to them in a variety of ways. However, we see nothing in the plain language employed in the Bulletin to suggest that the FBI was using this publication to subtly or overtly equate lawful protest against the Iraqi occupation with the commission of illegal acts of terrorism. The Bulletin is used as a vehicle for the dissemination of unclassified information to help law enforcement agencies around the country be better prepared to deal with a variety of situations. In its analysis of the situation, OGC concludes that there was no Constitutional violation that need be reported as an IOB matter. While OGC provided its opinion formally on this matter previously, NSLB has prepared this electronic communication to specifically answer the question of whether or not this was a matter for the IOB. A report of this matter will be retained by the Inspection Division for possible review by the Counsel to the IOB.

**FOOTNOTES**

¶1´: (U) The letter was sent by Special Agent [redacted] SA [redacted] has since retired from the FBI.

¶2´: (U) Letter from SA [redacted] to the Inspection Division, 11/06/2003.

¶3´: The letter was sent to the Investigative Law Unit of OGC for review.

¶4´: Letter from AD Steven C. McCraw, Inspection Division, to [redacted] [redacted] 12/16/2003.

b2
b6
b7C
b7E

SECRET

---- Working Copy ----                                                        Page    5 -

¶5': (LES) FBI Intelligence Bulletin, no. 89, October 15, 2003.

¶6': (LES) FBI Intelligence Bulletin.

¶7': (LES) Examples of some of the tactics cited included use of the Internet, training camps, attempts to gain access to secure facilities using false documentation, vandalism, physical harassment, and use of cell phones to communicate.

¶8': (U) For example, the Attorney General's Guidelines for FBI National Security Investigations and Foreign Intelligence Collection state in Part I.B.3. that "These Guidelines do not authorize investigating or maintaining information on United States persons solely for the purpose of monitoring activities protected by the First Amendment or the lawful exercise of other rights secured by the Constitution or laws of the United States."

¶9': (U) The point-of-contact is currently [        ] Investigative Law Unit, Office of the General Counsel.

LEAD(s)

Set Lead 1: (Info)

                                    b2
                                    b6
                                    b7C
        [        ]                  b7E
            AT [        ]

        (U) For information.

Set Lead 2: (Info)

    INSPECTION

        AT HS, DC

        (U) For information.

Set Lead 3: (Info)

    COUNTERTERRORISM

                        SECRET
                          X

~~SECRET~~
---- Working Copy ----

Page 6

AT WASHINGTON, D.C.

(U) for information.

b6
b7C

~~SECRET~~