IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE,** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-0029 (CKK) <br> ECF |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE of the entry of appearance of the undersigned, David L. Sobel, as counsel for the plaintiff in the above-captioned action.

Respectfully submitted,

/s/_____
DAVID L. SOBEL
D.C. Bar No. 360418

1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140

Counsel for Plaintiff