IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No.<br>1:06-cv-0029 (CKK) |

**MOTION FOR AN EXTENSION OF TIME**

On July 18, 2006, this Court issued an order regarding plaintiff's motion to complete the expedited processing of plaintiff's request under the Freedom of Information Act for documents "concerning matters of possible intelligence misconduct reported or considered for reporting to the [Intelligence Oversight Board]." In its Order, the Court stated:

> Because the Department of Justice represented to the Court and to Plaintiffs in its Opposition filed on March 20, 2006, that it would complete processing of the approximately 5500 pages of documents within 120 days, and because 120 days March 20, 2006, is today, July 18, 2006, the Court does not discern any discrepancy at the instant juncture between the relief requested by Plaintiffs and the representations made to the Court and to Plaintiffs by Defendant regarding the expedited processing of the documents requested.

Order, at 3. Based on that finding, the Court ordered the Federal Bureau of Investigation to complete its processing of plaintiff's request under the Freedom of Information Act by July 21, 2006. Although the FBI has accorded plaintiff's FOIA request expedited treatment and has processed of 4920 pages of the 5210 pages ultimately found to be responsive, the FBI needs a short amount of additional time to complete its processing of the remaining 270 pages.

Defendant, therefore, request that the time period for completing its processing be extended until July 27, 2006. In support of this short extension, defendant states as follows:

1. David Hardy, Section Chief for the Record/Information Dissemination Section, Records Management Division of the FBI, stated that the "FBI estimates that it will require 120 days to complete the processing of the remaining documents." Declaration of David Hardy, ¶ 27.

2. Consistent with the representation made in its Opposition, the FBI had been making releases to plaintiff on a periodic basis. FBI provided documents to plaintiff on (1) February 24, 2006, (2) March 17, 2006, (3) March 27, 2006, (4) April 24, 2006, (5) May 9, 2006, (6) May 12, 2006, (7) June 5, 2006, (8) June 21, 2006, and (9) July 7, 2006.

3. Based on its review of the documents, the FBI has identified 5210 pages of responsive documents. The FBI had completed its processing of 4920 pages and provided plaintiffs 3498 pages of documents, some of which were redacted in part. The remaining 1432 documents were withheld in their entirety.

4. Although the FBI accorded plaintiff's request expedited treatment, the FBI was unable to complete the processing within the estimated 120 days. It is currently completing its processing of the remaining 270 pages of documents and expects to complete its processing by July 27, 2006.

5. Counsel for the defendant has advised David Sobel, plaintiff's counsel, of the need for this short extension, and he stated that plaintiff will not file an opposition to defendant's motion for an extension of time.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L WAINSTEIN.
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES, DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7108
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant