IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No.<br>1:06-cv-0029 (CKK) |

### ORDER

Upon consideration of defendant's Motion for an Extension of Time, it is hereby

ORDERED that defendant's motion is granted; and the time for FBI to complete its processing shall be extended to July 27, 2006.

_____           _____
Date                                              UNITED STATES DISTRICT JUDGE