IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No.<br>1:06-cv-0029 (CKK) |

**JOINT STATUS REPORT AND STIPULATION OF DISMISSAL**

Pursuant to this Court's Order dated July 18, 2006, plaintiff Electronic Privacy Information Center and defendant United States Department of Justice state as follows:

1.      On July 24, 2006, this Court granted an extension of time for the Federal Bureau of Investigation to complete its processing of plaintiff's request under the Freedom of Information Act until July 26, 2006.

2.      The FBI fully complied with the Court's order and completed its processing on July 26, 2006.

3.      Plaintiff and defendant by counsel hereby stipulate that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed in its entirety with prejudice, with each party to bear its own costs and fees.

                                                    Respectfully Submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

| | |
|---|---|
| s/Marcia Hofmann | |
| MARCIA HOFMANN, D.C. Bar No. 484136 | |
| DAVID L. SOBEL, D.C. Bar No. 360418 | KENNETH L WAINSTEIN. |
| Electronic Privacy Information Center | United States Attorney |
| 1718 Connecticut Ave., N.W. | |
| Suite 200 | ELIZABETH J. SHAPIRO |
| Washington, D.C. 20009 | Assistant Branch Director |
| Tel: (202) 483-1140 | |

Attorneys for Plaintiff

s/Marcia K. Sowles
MARCIA K. SOWLES, DC Bar No. 369455
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7108
Washington, D.C.  20530
Tel.: (202) 514- 4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant